UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:                                                                 CASE NO: 18-70835-JHH-13
   DELLA STEVENS JACKSON                           CHAPTER 13

            DEBTOR.

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST HEARING**

**PLEASE TAKE NOTICE THAT**, if you object to the below described Motion or this order, you must file an objection with the clerk of court (an "Objection") on or before September 18, 2020 (the "Objection Deadline"), and you must serve the Objection on the movant and all other appropriate persons.

**PLEASE TAKE FURTHER NOTICE THAT** Objections must be filed with the clerk of court electronically, by hand delivery, or by mail. The clerk's office is located at 2005 University Boulevard, Room 2300, Tuscaloosa, Alabama 35401. If you mail your Objection to the clerk's office, you must send the Objection in time for the clerk's office to **receive** your Objection on or before the Objection Deadline. The court will not consider untimely Objections.

**PLEASE TAKE FURTHER NOTICE THAT**, if you timely file and serve an Objection, the court will hold a hearing to consider the Motion and your Objection, and the clerk's office will notify you, and all other appropriate persons, of the time, date, and place of the hearing. If no interested party timely files and serves an Objection, this order will become effective on September 19, 2020 (the "Effective Date"), without further notice or hearing.

---

**ORDER GRANTING TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN**

      This matter is before the court on the Trustee's Motion to Modify Chapter 13 Plan (the "Motion") (Doc. 132) filed by C. David Cottingham, Standing Chapter 13 Trustee, seeking to modify the confirmed chapter 13 plan (the "Plan") of the above-captioned debtor(s) pursuant to 11 U.S.C. § 1329. Based on the filings and all other matters of record, and for good cause shown, it is hereby

      **ORDERED, ADJUDGED, and DECREED** that, subject to the occurrence of the Effective Date, the Motion is **GRANTED**, and the Plan is modified as follows: Wells Fargo Bank N.A. is granted a fixed payment on the secured claim evidenced by proof of claim number eight without interest over a period of twelve months in the amount of $119.00 per month, with Plan payments to remain $1,745.00 monthly.

      **DONE** this the 25th day of August, 2020.

                                                                       /s/ JENNIFER H. HENDERSON
                                                                      UNITED STATES BANKRUPTCY JUDGE