# Notice Recipients

District/Off: 1126−7  User: admin  Date Created: 8/25/2020
Case: 18−70835−JHH13  Form ID: pdf000  Total: 59

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | C David Cottingham | dcottingham@ch13tuscaloosa.com |
| aty | Enslen Crowe | dcm@tblaw.com |
| aty | Marshall Entelisano | entelisanolawfirm@gmail.com |
| aty | Thomas Benjamin Humphries | thumphries@sirote.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Della Stevens Jackson | 349 51st St. Tuscaloosa, AL 35405 |
| intp | Gregory G. Jackson | 349 51st Street Tuscaloosa, AL 35405 |
| cr | PEYTON C COCHRANE | TUSCALOOSA COUNTY TAX COLLECTOR 714 GREENSBORO AVENUE, ROOM 124 TUSCALOOSA, AL 35401 |
| 9749319 | ARS/Account Resolution Specialist | Po Box 459079 Sunrise, FL 33345 |
| 9797548 | Alabama Credit Union | c/o Mark C. Nelson P.O. Box 1788 Tuscaloosa, AL 35403 |
| 9749317 | Alabama Power | 915 Queen City Avenue Tuscaloosa, AL 35401 |
| 9749335 | Alabama Power | Credit and Collections 600 18th Street N Birmingham, AL 35203 |
| 9749336 | Alabama Power | Glenn J. Shaull, Registered Agent 600 18th Street N Birmingham, AL 35203 |
| 9749318 | AmSher Collection Srv | 4524 Southlake Parkway Ste 15 Hoover, AL 35244 |
| 9749337 | American Family Care | 1735 Skyland Blvd. E Tuscaloosa, AL 35405 |
| 9749320 | Axcess Financial | 7755 Montogomery Rd Suite 400 Cincinnati, OH 45236 |
| 9749338 | Balch & Bingham LLP | Eric Ray, Attorney for Alabama Power 1901 Sixth Avenue N Ste 1500 Birmingham, AL 35203−4642 |
| 9749339 | Blue Cross Blue Shield of Alabama | 450 Riverchase Parkway E Subrogation Dept. Birmingham, AL 35244 |
| 9749340 | Brian Donald Turner | Attorney for ProKleen Inc 1426 22nd ave Tuscaloosa, AL 35401 |
| 9749344 | CSC Credit Services | Box 740040 Atlanta, GA 30374−0040 |
| 9749321 | Cassandra Odom | 506 Coppinville Rd Enterprise, Al 36330 |
| 9749341 | Check 'N Go | 2509 McFarland Blvd. Northport, AL 35476 |
| 9749342 | Chex Systems Inc. | Attn: Consumer Relations 7805 Hudson Road, Suite 100 Saint Paul, MN 55125 |
| 9749343 | Chris Jones | Registered Agent for DCH 809 University Blvd Tuscaloosa, AL 35401 |
| 9749322 | DCH Health System | 809 University BLVD. E. Tuscaloosa, AL 35401−2029 |
| 9822110 | Druid City Hospitals | 809 University Blvd E Tuscaloosa AL 35401 |
| 9749345 | EQUIFAX | Post Office Box 740241 Attn: Legal Department Atlanta, GA 30374 |
| 9749346 | EXPERIAN | P O Box 9556 Allen, TX 75013 |
| 9749323 | Franklin Collection Service, Inc. | Attn: Bankruptcy Po Box 3910 Tupelo, MS 38803 |
| 9749324 | Gregory Jackson | 349 51st Street Tuscaloosa, AL 35405 |
| 9749325 | Holloway Credit Solutions | Po Box 6441 Dothan, AL 36302 |
| 9766828 | KHEAA | P.O. BOX 798 FRANKFORT KY 40602−0798 |
| 9749326 | KHESLC | Attn: Bankruptcy Po Box 24328 Louisville, KY 40224 |
| 9797492 | Kendall Speed | Chief Executive Officer Mutual Savings Credit Union 2040 Valleydale Rd Birmingham, Al 35244 |
| 9749349 | Mark E. Hughes | Registered Agent for ProKleen Inc 14667 Watermelon Road Tuscaloosa, AL 35406 |
| 9749347 | Mark Scogin | PO Box 2786 Tuscaloosa, AL 35403 |
| 9749348 | Mark a Nelson | 2216 14th St Tuscaloosa, AL 35401 |
| 9749327 | Mohela/Dept of Ed | 633 Spirit Dr Chesterfield, MO 63005 |
| 9749350 | Paragon Contracting Serv Inc. | PO Box 12907 Norfolk, VA 23541 |
| 10422559 | Peyton C. Cochrane, Tax Collector | 714 Greensboro Ave, Room 124 Tuscaloosa, AL 35401 |
| 9749328 | Pro−Kleen, Inc. | 14667 Watermelon Rd. Tuscaloosa, AL 35406 |
| 9818506 | RHODES AND RHODES FAMILY DENTISTRY | c/o HOLLOWAY CREDIT SOLUTIONS PO BOX 230609 MONTGOMERY, AL 36123 |
| 9749351 | Rachel Webber | Office of Bankruptcy Administrator 2005 University Blvd Room 1300 Tuscaloosa, AL 35403 |
| 9749329 | Real Time Resolutions | Attn: Bankruptcy Po Box 36655 Dallas, TX 75235 |
| 9749352 | Sirote & Permutt | P. O. Box 55727 Birmingham, AL 35255 |
| 9749353 | Southern Company | 30 Ivan Allen Jr. Blvd NW Atlanta, GA 30308 |
| 9749354 | Stephen Leara Attorney for Blue Cross | 800 Shades Creek Pkwy Ste 400 Birmingham, AL 35209 |
| 9749330 | Stillman College Federal CU | P. O. Box 1430 Tuscaloosa, AL 35403 |
| 9749356 | TOMMY COBB | President/CEO Tuscaloosa CU 1100 21st ave Tuscaloosa, AL 35401 |
| 9749357 | TRANSUNION, LLC | Post Office Box 1000 Attn: Legal Department Chester, PA 19022 |
| 9749355 | Thomas Corbett | US Bankruptcy Administrator 1800 5th Ave N Birmingham, AL 35203 |
| 9749331 | Tuscaloosa Credit Un | 11002 21st Ave Tuscaloosa, AL 35403 |
| 9749332 | Tuscaloosa Credit Unio | 1100 21st Ave Tuscaloosa, AL 35401 |
| 9749333 | Tuscaloosa Credit Union | 1100 21st Avenue Tuscaloosa, AL 35403 |
| 9749358 | Wells Fargo Bank, N.A. | Default Document Processing 1000 Blue Gentian Road Eagan, MN 55121−7700 |

| | | | | | |
|---|---|---|---|---|---|
| 9815928 | Wells Fargo Bank, N.A. | Default Document Processing | N9286–01Y, | 1000 Blue Gentian Road | Eagan, MN 55121–7700 |
| 9749359 | Wells Fargo Bank, NA | 3467 Stateview Blvd. | Fort Mill, SC 29715 | | |
| 9749316 | Wells Fargo Home Mortgage | PO Box 10335 | Des Moines, IA 50306 | | |
| 9749334 | Zaphaniah N. Allen | c/o Bruce Burttram, Attorney for Plantif | 3414 Old Columbiana Rd | Birmingham, AL 35226 | |
| 9988928 | Zephaniah N. Allen | 617 Wisteria Way | Gardendale, AL 35071 | | |

TOTAL: 55